# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00776-CV

**Richard K. Archer, Sr. and Ruth Evelyn Boehning Archer, Appellants**

**v.**

**David Allison and Eileen Allison, Appellees**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-12-000880, THE HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants and appellees have filed a joint motion to dismiss this appeal, which has been abated since June 6, 2017, due to appellants' pending bankruptcy proceedings. The parties inform this Court that they have reached an agreement to compromise and settle their disputes, and that the Bankruptcy Court has granted the trustee authority to settle this litigation and dismiss this appeal. The parties have agreed that costs of the appeal will be paid by the party incurring the costs. *See* Tex. R. App. 42.1(d). We grant the joint motion and dismiss the appeal. *See id.* R. 42.1(a), 43.2(f).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Kelly

Dismissed on Joint Motion

Filed:   March 8, 2024